DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA INSURANCE GUARANTY ASSOCIATION, INC.,**
Appellant,

v.

**JUSTIN ETIENNE** and **MARLENE ETIENNE,**
Appellees.

No. 4D2023-0760

[May 30, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE21-018224.

Hinda Klein of Conroy Simberg, Hollywood, for appellant.

Michael A. Citron and Michael P. McCahill of MAC Legal P.A., Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***